Victor Mortvedt, Appellee, v. Western Austin Company, Appellant.

Gen. No. 9,875. 

opinion filed August 19, 1943; rehearing denied October 5, 1943. Cassels, Potter & Bentley and Frank J. Jones, for appellant; L. H. Vogel, of counsel; Donovan, Bray & Gray, for appellee. Opinion by JUSTICE WOLFE. Not to be published in full.